## STATE OF CONNECTICUT *v.* JEFFREY SMITH

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 746 (AC 28708), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Michael L. Regan,* state's attorney, in opposition.

Decided July 1, 2008